

The following constitutes
the order of the court. Signed March 17, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

1

2

3

4

5

6

7 In re:                                    Case No.  **15-43500 RLE**

8

9 **ALBERTINA ROBERTA ADAMS,**               Chapter 7

10

11            Debtor(s)/
   _____

12            ORDER FOLLOWING HEARING ON MOTION FOR APPROVAL
                     OF REAFFIRMATION AGREEMENT

13

14
   In accordance with the record established at a hearing held on

15
   3/16/2016, in the above captioned case regarding approval of the

16
   proposed Reaffirmation Agreement [Doc. 11] with Creditor Wells Fargo

17 Dealer Services, the Reaffirmation Agreement is hereby:

18
   ☒  APPROVED

19
      DENIED    [However, The Court does not approve the reaffirmation

20 agreement, but pursuant to 11 U.S.C. '524(f), the subject obligation
   may be paid voluntarily, and the creditor may accept voluntary

21 payments.  Everything required of a debtor(s) by 11 U.S.C.
   §521(a)(6) and (d) has been done.]

22

23    DENIED for lack of prosecution.

24 **IT IS SO ORDERED**:

25

26                        **END OF ORDER**

                                  1

1

2

3 **Albertina Roberta Adams**
19972 Stanton Avenue #39
4 Castro Valley, CA 94546

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

2